# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANTSHANEK STANLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC<br><br>　　　　　Defendant | Case No.:2:25-cv-11380-RJW-CI<br><br>District Judge Robert J. White<br>Magistrate Judge Curtis Ivy, Jr.<br><br><br>NOTICE OF SETTLEMENT AS TO<br>EQUIFAX INFORMATION<br>SERVICES, LLC |

**NOTICE IS HEREBY GIVEN** that Plaintiff Antshanek Stanley ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax.

Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Respectfully submitted this 10th day of July, 2025

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E:lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Antshanek Stanley*

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

/s/Amanda Dakroub