UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTSHANEK N. STANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No. 25-cv-11380<br><br>Honorable Robert J. White |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED. The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC.

SO ORDERED.

Dated: August 14, 2025            s/Robert J. White
                                                 Robert J. White
                                                 United States District Judge

**STIPULATED TO:**

By: */s/Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Antshanek N. Stanley*


Dated: August 13, 2025

By:*/s/ Jordan S. Bolton*
Taft Stettinius & Hollister LLP
Jordan S. Bolton (P66309)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 727-1449
jbolton@taftlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*